LOUIS KLEINBERG, Appellant, *v.* JOHN SCHWEEN, Respondent,
Impleaded with Another.

*Kleinberg* v. *Schween*, 134 App. Div. 493, affirmed.
(Submitted April 29, 1910; decided May 17, 1910.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the first judicial depart-
ment, entered November 12, 1909, which reversed an order
of Special Term denying a motion for judgment on the
pleadings and granted said motion in an action to recover for
personal injuries alleged to have been sustained through
defendant's negligently maintaining a nuisance.

The following question was certified : " Does the complaint
state facts sufficient to constitute a cause of action ? "

*Alfred Steckler* and *Levin L. Brown* for appellant.

*Bertrand L. Pettigrew* for respondent.

Order affirmed, with costs, and question certified answered
in the negative, on opinion of SCOTT, J., below.

Concur : CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER
and HISCOCK, JJ.